In the Matter of the Application of GASTON A. SCHERER for Leave to Sell Real Property of GASTON JEAN SCHERER, an Incompetent. GASTON A. SCHERER, as Committee of the Property, etc., and Another, Appellants; FRANK J. PESTONE and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

MAX MICHELSON and Another, Doing Business under the Firm Name and Style of UNIT FOUNDATION Co., Respondents, v. ELMER SCHOONMAKER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ARTHUR H. POGSON, Respondent, v. JOHN F. PENROSE, Appellant, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

HORACE G. KNOWLES, Appellant, v. HORACIO FERRECCIO and Others, Defendants, Impleaded with BOLIVIAN GENERAL ENTERPRISE, LTD., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

HORACE G. KNOWLES, Appellant, v. HORACIO FERRECCIO and Others, Defendants, Impleaded with SCHNEIDER ET CIE, Respondent.— Order affirmed, with teh dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ANNA STEINBERG, an Infant, by NATHAN LEVINE, Her Guardian ad Litem, Respondent, v. CROSS, AUSTIN & IRELAND LUMBER COMPANY, Appellant. NATHAN LEVINE, Respondent, v. CROSS, AUSTIN & IRELAND LUMBER COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

FREDERICK J. RENNER, Respondent, v. GEORGE E. GRIGGS, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

MOGUL FINANCE CORPORATION, Respondent, v. CHECKER CAB MANUFACTURING CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of JACOB KLEIN, Deceased.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.